NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of A.Y., K.Y., and M.Y.,
children.

_____

E.Y.,

       Appellant,

v.                                                                  Case No. 2D17-2674

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

       Appellees.

_____

Opinion filed March 14, 2018.

Appeal from the Circuit Court for Pinellas
County; James V. Pierce, Circuit Judge.

E.Y., pro se.

Bernie McCabe, State Attorney, and
Leslie M. Layne, Assistant State Attorney,
Clearwater, for Appellee Department of
Children and Families.

David Paul Krupski, Appellate Counsel,
Sanford, for Appellee Guardian ad Litem
Program.

PER CURIAM.

       Affirmed.

LaROSE, C.J., and KHOUZAM and SALARIO, JJ., Concur.